Case 7:13-cv-02080-CS   Document 15   Filed 06/13/13   Page 1 of 1

*Seibel, J.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KEITH CHISOLM, NICHOLAS SALGADO, and RACHEL IZEBIM, Individually, and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>-against-<br><br>BEST BUY STORES, LP,<br><br>Defendant. | Civil Action No.: 13-cv-02080-CS<br><br><br><br>**STIPULATION OF DISMISSAL<br>WITHOUT PREJUDICE** |

It is stipulated and agreed by the parties that the claims filed by Plaintiffs Keith Chisolm, Nicholas Salgado, and Rachel Izebim in the above-captioned matter are hereby dismissed without prejudice, each party bearing their own attorney's fees and costs.

JTB Law Group, LLC
Attorneys for Plaintiffs

By: _____
Jason T. Brown, Esq.
155 2nd St., Suite 4
Jersey City, NJ 07302
Office: (201) 630-0000

Dated: June 12, 2013

Morgan Lewis & Bockius
Attorneys for Defendant

By: _____
Paul C. Evans, Esq.*
1701 Market St.
Philadelphia, PA 19103
(215) 963-5431
*Admitted *pro hac vice*

Dated: June 11, 2013

So Ordered:

_____
U.S.D.J. Cathy Seibel

Dated: June 14, 2013
White Plains, N.Y.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/17/13